UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE WALKER,

                        Plaintiff,

-against-                        24cv7015 (LTS)

FEDERATION OF ORGANIZATION AKA      CIVIL JUDGMENT
RISE WELL COMMUNITY SERVICES,

                       Defendant.

      For the reasons stated in the October 25, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 7, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge